Henry M. Hagan, appellee, v. Madison Square Building Corporation, appellant. Gen. No. 31,761.

Action to recover for court costs and legal services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 12, 1927.

Benjamin C. Bachrach and Joseph E. Paulissen, for appellant. Jay Stough, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Florence Eisensee, administratrix of the estate of Earl W. Eisensee, deceased, appellee, v. City of Chicago, appellant. Gen. No. 31,802.

Action for wrongful death. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry C. Stuttle, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 12, 1927.

Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant. Charles M. McDonnell, Assistant City Attorney, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Royal W. Irwin, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Mary L. Kent and Amos W. Martin, trustees, appellees, v. William E. Meyers and Lillian Meyers, appellants. Gen. No. 31,904.

Bill to foreclose trust deed. Decree for complainants. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed and remanded with directions. Opinion filed December 12, 1927. Rehearing denied December 27, 1927.

Jesse Marcus, for appellants. Edward H. S. Martin, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

## SECOND DISTRICT.

Anna Wells, appellee, v. Walter Higgins, appellant. Gen. No. 7,681.

Action for personal injuries and damage to automobile from automobile collision. Judgment for plaintiff. Appeal from the Circuit Court of Henry county; the Hon. Charles J. Searle, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed September 29, 1927. Rehearing denied February 2, 1928.

Sturtz & Ewan, for appellant. Joseph L. Shaw and Henry Waterman, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.